## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 18 EAP 2021 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FREDDY MCCUTCHEN, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of May, 2021, the Court having received notice from the Department of Corrections of the death of Appellant, the appeal is **DISMISSED**.